IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DEWEY STRIP HOLDINGS, LLC, | ) | Case No. 13-11479 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LAS VEGAS NORTH STRIP HOLDINGS SYNDICATIONS GROUP, LLC, | ) | Case No. 13-11480 (CSS) |
| | ) | |
| Debtor. | ) | |
| | ) | |

DECLARATION OF JEFFREY P. DRAGOVICH
IN SUPPORT OF DEBTORS' MOTION FOR ENTRY OF ORDER DIRECTING JOINT
ADMINISTRATION OF CASES

I, Jeffrey P. Dragovich, under penalty of perjury, declare and state as follows:

1.  I am an adult and competent to make this Declaration.

2.  I make this Declaration on the basis of my own personal knowledge.

3.  There are two affiliated Debtors in these cases. Each of the Debtors is a limited liability company, of which the equity interests are held by the International Property Syndications, Ltd. ("IPS"). IPS is the sole member of each of the Debtors.

4.  I am the Senior Vice President, Finance, of the Triple Five Group, of which the Debtors herein and IPS are members.

5.  I make this Declaration on the basis of my own personal knowledge.

6.  Some time prior to the 2008 Recession, each of the Debtors acquired a separate parcel of largely vacant and undeveloped land on Las Vegas Boulevard (the "Strip") in Las Vegas, Nevada, with the intent of developing the sites (together, the "Strip Properties").

7. Dewey's parcel, comprising approximately 18 acres, is located on the southern part of the Strip, near the Mandalay Bay resort. Las Vegas North's parcel, compromising approximately five acres, is located in the central part of the Strip, near the Encore Hotel.

8. The purchase of the Strip Properties was partially financed with the proceeds of a loan, in the original principal amount of $235 million (the "Senior Secured Loan"), from Wells Fargo Bank, N.A. and other financial institutions (together, the "Senior Secured Lenders"). The Debtors are jointly and severally liable to the Senior Secured Lenders for repayment of the loan, and have pledged all of their real and personal property assets to secure repayment of the Senior Secured Loan. The debts are cross-collateralized.

9. In addition, under a group of separate Debt Restructuring and Settlement Agreements, each of which is dated as of July 21, 2009, by and among the Debtors, certain affiliates of the Debtors, and a separate group of lenders (collectively, the "Junior Lienholders"), the Debtors executed subordinated promissory notes, each dated as of July 21, 2009, in the aggregate amount of $28,319,000.00, that are secured by deeds of trust on the Strip Properties that are subject to a collateral trust agreement.

10. Pursuant to a subordination agreement, the claims, liens, payment and enforcement rights of the Junior Lienholders are subordinated to those of the Senior Secured Lenders.

11. Shortly after filing of their chapter 11 petitions, the Debtors a motion seeking joint administration of their bankruptcy cases because the Debtors believe the relief sought is necessary to enable them to operate with minimal disruption and loss of productivity.

12. The Debtors believe that many of the motions, applications, hearings, and orders that will arise in these chapter 11 cases will jointly affect each Debtor. Thus, the Debtors believe the interests of the various Debtors, their estates, their creditors, and other parties in interest

would be best served by the joint administration of these chapter 11 cases for procedural purposes. In particular, joint administration will ease the administrative burdens of these chapter 11 cases on the Debtors, the Court, and all parties in interest. For these reasons, I believe that it is in the best interests of the estates and all parties in interest for the Court to approve the joint administration of the Debtors' cases for procedural purposes only.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated    June 17, 2013

/s/ Jeffrey P. Dragovich
Jeffrey P. Dragovich