IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:

iGPS COMPANY LLC,

          Debtor.
_____/

CASE NO. 13-11459 (KG)

CHAPTER 11

Jeffrey M. Schlerf (N0. 3047)
John H. Strock (No. 4965)
L. John Bird (No. 5310)
Citizens Bank Center, Suite 1600
919 N. Market Street
Wilmington, DE 19801
(302) 654-7444

Kevin N. Summers (P34458)
Dean & Fulkerson, P.C.
Attorneys for Go-To Transport, Inc.
801 W. Big Beaver Road, Ste. 500
Troy, MI 48084
(248) 362-1300
_____/

## **APPEARANCE**

| TO: | | |
|---|---|---|
| Clerk | Jeffrey M. Schlerf (N0. 3047) | U.S. Trustee |
| U.S. Bankruptcy Court | John H. Strock (No. 4965) | United States Trustee |
| District of Delaware | L. John Bird (No. 5310) | 844 King Street, Room 2207 |
| 824 Market St. N., 3rd Floor | Citizens Bank Center, Suite 1600 | Lockbox #35 |
| Wilmington, DE 19801 | 919 N. Market Street | Wilmington, DE 19899-0035 |
| | Wilmington, DE 19801 | |
| | (302) 654-7444 | |

**PLEASE ENTER THE APPEARANCE** of DEAN & FULKERSON, P.C. as attorneys

for Creditor Go-To Transport, Inc. in the above entitled cause.

Dated: June 10, 2013                    /s/ Kevin N. Summers (P-34458)_____
                                                      Dean & Fulkerson, P.C.
                                                      Attorneys for Creditor Go-To Transport, Inc.

## NOTICE OF APPEARANCE

TO:

| | | |
|---|---|---|
| Clerk | Jeffrey M. Schlerf (N0. 3047) | U.S. Trustee |
| U.S. Bankruptcy Court | John H. Strock (No. 4965) | United States Trustee |
| District of Delaware | L. John Bird (No. 5310) | 844 King Street, Room 2207 |
| 824 Market St. N., 3rd Floor | Citizens Bank Center, Suite 1600 | Lockbox #35 |
| Wilmington, DE 19801 | 919 N. Market Street | Wilmington, DE 19899-0035 |
| | Wilmington, DE 19801 | |
| | (302) 654-7444 | |

PLEASE TAKE NOTICE that the undersigned appears as attorney for the above named Creditor.

DEAN & FULKERSON, P.C.

Dated: June 10, 2013                    BY:   /s/ Kevin N. Summers (P-34458)_____
                                              Attorneys for Creditor Go-To Transport, Inc.

## REQUEST FOR NOTICE

TO:

| | | |
|---|---|---|
| Clerk | Jeffrey M. Schlerf (N0. 3047) | U.S. Trustee |
| U.S. Bankruptcy Court | John H. Strock (No. 4965) | United States Trustee |
| District of Delaware | L. John Bird (No. 5310) | 844 King Street, Room 2207 |
| 824 Market St. N., 3rd Floor | Citizens Bank Center, Suite 1600 | Lockbox #35 |
| Wilmington, DE 19801 | 919 N. Market Street | Wilmington, DE 19899-0035 |
| | Wilmington, DE 19801 | |
| | (302) 654-7444 | |

The undersigned hereby requests a copy of all notices required to be mailed to all parties under Rule 2002 of the Bankruptcy Rules.

Please take notice that the undersigned intends that neither this appearance and request for copies nor any later appearance, pleading, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Go-To is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Go-To expressly reserves.

DEAN & FULKERSON, P.C.

Dated: June 10, 2013     BY: /s/ Kevin N. Summers (P-34458)
Attorneys for Creditor Go-To Transport, Inc.